1  ROGER MYERS (CA State Bar No. 146164)
   roger.myers@hro.com
2  MATTHEW F. JAKSA (CA State Bar No. 248072)
   matt.jaksa@hro.com
3  HOLME ROBERTS & OWEN LLP
4  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
5  Telephone:  (415) 268-2000
6  Facsimile:   (415) 268-1999

7  Attorneys for Plaintiff
   BUSINESS WIRE, INC.
8

**FILED**
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EDL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BUSINESS WIRE, INC.,

CV 08          3765

CASE NO.

            Plaintiff,

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

      v.

EMEDIAWORLD, INC.; DANIEL PAVICH; and JACK ANDREWS,

            Defendants.

---

Certificate of Interested Entities or Persons
#39165 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

    Plaintiff BUSINESS WIRE, INC. is a wholly owned subsidiary of Berkshire Hathaway Inc., which is publicly traded.

Dated: August 6, 2008

HOLME ROBERTS & OWEN LLP
ROGER MYERS
MATTHEW F. JAKSA

By: _____/s/ R. Myers_____
ROGER MYERS
Attorneys for Plaintiff
BUSINESS WIRE, INC.

---

1

Certificate of Interested Entities or Persons
#39165 v1