| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| ROGER MYERS, ESQ. (146164) HOLME ROBERTS & OWEN 560 Mission Street, 25th Floor San Francisco, California 94105 | (415) 268-2000 | |
| Attorneys for: BUSINESS WIRE, INC. | Ref. No. Or File No. W2500997 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

BUSINESS WIRE, INC.

Defendant:

EMEDIAWORLD, INC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div. | Case Number: CV08 3765 EDL |
|---|---|---|---|---|

I, Kevin R. Smith                   , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ECF REGISTRATION INFORMATION HANDOUT; CIVIL CASE COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : EMEDIAWORLD, INC.

By Serving : WENDY LEDIN, Front Desk/Authorized to Accept

Address : 1411 Henderson , Henderson, Nevada 89014
Date & Time : Monday, August 11, 2008 @ 12:33 p.m.
Witness fees were : Not demanded or paid.

Person serving:
Kevin R. Smith
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 11, 2008

Signature: _Kevin R Smith_
Kevin R. Smith


Printed on recycled paper